UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE STEVENSON,

        Plaintiff,        Case No. 1:07-cv-213

v.        Honorable Robert J. Jonker

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.

        Defendants.
_____/

**ORDER**

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On March 5, 2007, Plaintiff filed a motion to strike (docket #53) Defendant Michael Wilkerson's motion to dismiss (docket #22). On May 7, 2007, Plaintiff filed a motion to strike (docket #78) Defendant Wilkerson's supplemental brief to his motion to dismiss (docket #73). However, the Court dismissed Defendant Wilkerson's motion to dismiss on April 27, 2007. Because Defendant Wilkerson's motion to dismiss was dismissed by the Court, Plaintiff's motions to strike (dockets #53, 78) are denied as moot.

        IT IS SO ORDERED.

Dated: January 31, 2008        /s/ Hugh W. Brenneman, Jr.
        HUGH W. BRENNEMAN, JR.
        United States Magistrate Judge