UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JERMAINE STEVENSON,

             Plaintiff,             Case No. 1:07CV213

v.                                             Hon. Robert J. Jonker

CORRECTIONAL MEDICAL
SERVICES, INC., et al.,

             Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 20, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

    **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 20, 2009, is approved and adopted as the opinion of the court.

    **IT IS FURTHER ORDERED** that the combined motion to dismiss and for summary judgment filed by defendants CMS and Dr. Royster (docket #128) is **GRANTED.** Correctional Medical Services Inc. and Dr. Royster are dismissed from this action.

                                                        /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE

DATED: August 13, 2009.