UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE STEVENSON,

        Plaintiff,        Case No. 1:07cv213

v.        Hon. Robert J. Jonker

MDOC, et al.,

        Defendants.
_____/

# ORDER
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 2, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 2, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (docket #145) is **GRANTED**. This matter is dismissed.

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

DATED: November 24, 2009